UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Jose Guadalupe Contreras Iniguez,

     Petitioner,

    v.

Todd Blanche, *et al.*,

     Respondents.

Case No. 2:26-cv-01635-ART-DJA

**ORDER GRANTING**

**Stipulation for Extension of Time**

Petitioner Jose Guadalupe Contreras Iniguez and Respondents Todd Blanche, et al., by and through their undersigned counsel, hereby stipulate and agree that Petitioner shall have until **June 30, 2026**, to file an amended petition for writ of habeas corpus. The Respondents shall have until **July 7, 2026** to file any response. The amended petition is currently due June 23, 2026, with a response deadline of June 30, 2026. This is the first stipulation for an extension of time for Petitioner to file an amended petition.

Petitioner's counsel needs to schedule a meeting with the petitioner to discuss a recent change to his immigration status that may impact the legal basis for the petition.

Accordingly, the parties respectfully request that the Court approve this stipulation and extend the deadline for Petitioner to file an amended petition to June 30, 2026 and until June 7, 2026 for Respondents' response. This request is made in good faith and not for the purpose of delay.

Respectfully submitted this 23rd day of June, 2026.

TODD BLANCHE
Deputy Attorney General of the
United States
SIGAL CHATTAH
First Assistant United States
Attorney

RENE L. VALLADARES
Federal Public Defender

*/s/ Martin Mayer*
Martin J. Mayer
Special Assistant United States
Attorney

*/s/ Allie Wilson*
Allie Wilson
Assistant Federal Public Defender

IT IS SO ORDERED.

_____
Anne R. Traum
United States District Judge

Dated: June 23, 2026

2